**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | April 16, 2015 | Probation: | MariJo Paul |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Susana Cahill |
| E.C.R./Reporter: | Mary George | | |

Criminal Case No. **14-cr-00394-WYD**          Counsel:

UNITED STATES OF AMERICA,                  Geoffrey Rieman

   Plaintiff,

v.

**1.  PABLO LOZANO-VELA**,                    Matthew C. Golla

   Defendant.

---

**SENTENCING**

---

**2:04 p.m.**      Court in Session - Defendant present (in-custody)

> **Change of Plea Hearing - Thursday, January 22, 2015, at 3:00 p.m.
> Plea of Guilty - count one of Indictment.**

   APPEARANCES OF COUNSEL.

   Court's opening remarks.

2:07 p.m.      Statement on behalf of Probation (Ms. Paul).

2:11 p.m.      Statement on behalf of Defendant (Mr. Golla).

2:22 p.m.      Statement on behalf of Government (Mr. Rieman).

2:30 p.m.      Statement by Defendant on his own behalf (Mr. Lozano-Vela).

| | |
|---|---|
| **2:35 p.m.** | Discussion regarding imposition of supervised release in this case. |
| | Court makes findings. |
| **ORDERED:** | Government's Motion for an Additional One-Level Reduction for Acceptance of Responsibility under § 3E1.1 [ECF Doc. No. 23], filed April 3, 2015, is **DENIED AS MOOT.** |
| **ORDERED:** | Government's Amended Motion for an Additional One-Level Reduction for Acceptance of Responsibility under § 3E1.1 [ECF Doc. No. 24], filed April 3, 2015, is **GRANTED.** |
| | Order is **APPROVED BY THE COURT.** |
| **ORDERED:** | Defendant's Motion for Variant Sentence Pursuant to 18 U.S.C. § 3553 [ECF Doc. No. 22], filed March 27, 2015, is **GRANTED.** |
| **ORDERED:** | Defendant be **imprisoned** for **34** months. |
| **ORDERED:** | No term of supervised release is imposed.  The defendant is advised that if he enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecution. |
| **ORDERED:** | Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately. |
| **ORDERED:** | **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision. |
| **ORDERED:** | Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis. |
| **ORDERED:** | Defendant is **REMANDED** to the custody of the U.S. Marshal. |
| **2:43 p.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME:  :39**